No. 1147, Misc. Woods v. Illinois. Supreme Court of Illinois. Certiorari denied.

No. 1148, Misc. Fox v. Maroney, Correctional Superintendent. Supreme Court of Pennsylvania. Certiorari denied.

No. 1160, Misc. Reed v. United States et al. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States et al.

No. 1161, Misc. Leigh v. Anderson, Jail Superintendent. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondent.

No. 1197, Misc. Smith v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro . se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1222, Misc. Egitto v. Fay, Warden. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Assistant Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 596, Misc. Raymond v. Indiana. Petition for writ of certiorari to the Supreme Court of Indiana denied in light of the representation made by counsel for the respondent. Petitioner *pro se. Edwin K. Steers,* Attorney General of Indiana, for respondent.